Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 23 2008

BY_____
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-77)**

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 366 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 19 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By_____
Deputy Clerk

# IN RE: AREDIA AND ZOMETA PRODUCTS
# LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-77 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**  **CASE CAPTION**

ALABAMA NORTHERN
ALN 2 08-1417    Doris Scott v. Novartis Pharmaceuticals Corp. 3:08-CV-0906

ARKANSAS EASTERN
ARE 4 08-685    Larry Wood, etc. v. Novartis Pharmaceuticals Corp. 3:08-CV-0907

ARKANSAS WESTERN
ARW 2 08-2088    Orville McDaniel, etc. v. Novartis Pharmaceuticals Corp. 3:08-CV-0908

ARIZONA
AZ 2 08-1461    Karen Evers v. Novartis Pharmaceuticals Corp. 3:08-CV-0909

CALIFORNIA EASTERN
CAE 1 08-1145    Brenda Melching, et al. v. Novartis Pharmaceuticals Corp. 3:08-CV-0910

CONNECTICUT
CT 3 08-1212    Julie Fritzky, etc. v. Novartis Pharmaceuticals Corp. 3:08-CV-0911

FLORIDA MIDDLE
FLM 2 08-626    Abbie Bowden, et al. v. Novartis Pharmaceutials Corp. 3:08-CV-0912

GEORGIA NORTHERN
GAN 1 08-2542    Susan Eberhart v. Novartis Pharmaceuticals Corp. 3:08-CV-0913

IOWA SOUTHERN
IAS 4 08-317    John White, etc. v. Novartis Pharmaceuticals Corp. 3:08-CV-0914

ILLINOIS NORTHERN
~~ILN 1 08-4482~~    ~~Patricia Melau, etc. v. Novartis Pharmaceuticals Corp.~~ Opposed 9/17/08

INDIANA SOUTHERN
INS 4 08-124    Debra Thompson v. Novartis Pharmaceuticals Corp. 3:08-CV-0915

KANSAS
KS 2 08-2374    Donald Arbuckle v. Novartis Pharmaceuticals Corp. 3:08-CV-0916

MASSACHUSETTS
MA 3 08-30162    Otilia Zinger, et al. v. Novartis Pharmaceuticals Corp. 3:08-CV-0917

## MDL No. 1760 - Schedule CTO-77 Tag-Along Actions (Continued)

**DIST. DIV. C.A. #**       **CASE CAPTION**

MARYLAND
  MD  8  08-2089            Stacy Zimmerman, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0918

MINNESOTA
  ~~MN  0  08-4869~~        ~~Terry Anderson v. Novartis Pharmaceuticals Corp.~~ Opposed 9/17/08
  MN  0  08-4870            Roger Reinardy, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0919
  MN  0  08-4898            Judith McKinnon v. Novartis Pharmaceuticals Corp. 3:08-cv-0920

MISSOURI WESTERN
  MOW  4  08-567            Mary Blumenshine, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0921

MISSISSIPPI NORTHERN
  MSN  1  08-196            Denise Shewmake, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0922

MISSISSIPPI SOUTHERN
  MSS  3  08-517            Marsha Brown, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0923

NORTH CAROLINA EASTERN
  NCE  7  08-130            Victor Brown, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0924

NORTH CAROLINA WESTERN
  NCW  3  08-361            Marie Talley v. Novartis Pharmaceuticals Corp. 3:08-cv-0925

NEW JERSEY
  NJ  2  08-3962            Elizabeth Miller, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0926

NEW YORK EASTERN
  NYE  2  08-3233           Suzanne Strakhov v. Novartis Pharmaceuticals Corp. 3:08-cv-0927
  NYE  2  08-3234           Gian Casali, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0928

OKLAHOMA WESTERN
  OKW  5  08-820            James Patton, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0929

OREGON
  OR  3  08-933             Gerald Olson, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0930
  OR  3  08-934             George Tracy, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0931

TENNESSEE EASTERN
  TNE  1  08-189            Robert Foster, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0932

TENNESSEE WESTERN
  TNW  2  08-2530           Bobby Lynn Montgomery, et al. v. Novartis Pharmaceuticals Corp. 3:08-cv-0933

**MDL No. 1760 - Schedule CTO-77 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**     **CASE CAPTION**

WASHINGTON WESTERN
WAW 3  08-5495     Carol Hill, et al. v. Novartis Pharmaceuticals Corp.  3:08-CV-0934

WISCONSIN EASTERN
WIE 2  08-679      Elizabeth H. McCleery, etc. v. Novartis Pharmaceuticals Corp. 3:08-cv-0935